6/4/13
Case 1:12-cv-11822-RWZ  Document 34-1  Filed 06/06/13  Page 1 of 2
Mayor defends police in death of man while in custody - SouthCoastToday.com

# Mayor defends police in death of man while in custody

By Dan McDonald
dmcdonald@s-t.com
August 05, 2011 12:00 AM

NEW BEDFORD — Mayor Scott W. Lang maintains there is no connection between police behavior and an in-custody death that occurred last summer.

Department protocols may have been breached during the incident, but any policy failures did not put the man's life in jeopardy, according to Lang.

The question of breach of protocol is what may result in police discipline, Lang said.

"When we have an individual in custody, there are certain protocols and standards and obligations we have to meet," Lang said.

Lang added: "When you take away someone's liberty, you have to safeguard their well-being ... and I think it's something we're looking at very closely."

Before dawn on July 22, 2010, police responded to a 911 call at the Mobil station at the corner of Ashley Boulevard and Nash Road. A 42-year-old man was behaving erratically when police arrived at about 4 a.m. He was restrained, then handcuffed and ultimately lost consciousness. Police performed cardiopulmonary resuscitation to no avail. The man, whose name has not been made public in the year since his death, died. Multiple police could face discipline over the incident.

Information about the number of officers involved, as well as their names and ranks, has not been revealed. The incident was recorded by video surveillance, but Lang said he has not viewed the tape.

Lang said he concurred with Police Chief David A. Provencher's disciplinary recommendations but could not recall what the punishments specifically entailed.

He did say there was at least one recommendation for termination and various proposed suspensions without pay.

The mayor stressed, "There has been no indication whatsoever that there was a causal relationship between his death ... and being in custody."

Lang reiterated that notion, featuring the term "causal relationship" at least a half-dozen times during a 10-minute discussion at his weekly press briefing Thursday.

Lang said the disciplinary process could take several months and added that "personnel record laws protect this process."

When that process is complete, Lang expects documents relating to the incident to be made public.

Sgt. Graciano Pereira, the head of the New Bedford Police Union, said last week, "All the members involved are going to be fully represented through the grievance and arbitration process."

Case 1:12-cv-11822-RWZ Document 34-1 Filed 06/06/13 Page 2 of 2

Lang, meanwhile, defended and praised the Police Department's investigation of the incident.

"It's not an organization trying to hide the facts; actually the Police Department carefully investigated this and looked at this matter very closely and is standing up in a very important way," he said.

He added, "The fact that this investigation took place is something that is very, very important and healthy for this Police Department."

Lang said it was his understanding that the man struggled with police. Lang said he did not know the details of the struggle. He said he did not know whether the deceased was high on cocaine at the time of his death, as other sources have suggested.

He said he did not know how long police waited for a van transport and ambulance.

"I don't know, though, that those were issues," he said.

An attendant at the Mobil who refused to give his name Thursday said the 42-year-old man smelled of alcohol and appeared to be high or extremely drunk on the night of the incident. He said the man ran inside the store, tried to go behind and hide underneath the counter and was saying things like "help me" and "call the police," which the attendant did.

Once police arrived, the man became combative and starting yelling, according to the attendant. He resisted arrest, according to the attendant, who said police acted professionally throughout.

Staff writer Brian Fraga contributed to this report.