# New Bedford's failure to communicate raises tough questions in police custody death

August 16, 2011 12:00 AM

The name of the man who died on a North End street a year ago July in the custody of New Bedford police was Erick Aguilar.

It took the city a full year and 24 days to release that information. And Mayor Scott Lang released it Monday because The Standard-Times asked why the identity of a man — who was reportedly "coked out of his mind" and lying on his stomach with his feet and hands cuffed when he expired — remained a mystery.

Aguilar was allegedly under the influence of drugs when he died while in police custody as officers waited for a transport van, according to a source familiar with the details. An attendant at the Mobil gas station at the corner of Ashley Boulevard and Nash Road said the extremely drunk or high man had asked him to call police.

Much about this case involving an apparent 42-year-old Latino remains worrisome.

There's the non-public way the entire investigation was conducted with no public statements from the city until The Standard-Times inquired about its status more than a year after the fact. And there's the lack of knowledge about the dead man's family and/or loved ones, if any.

And there's the fact that the breakdowns in police protocol designed to ensure prisoner safety were so severe that the city is trying to dismiss one officer and put several others on year-long suspensions.

When asked about the case last week, Mayor Lang finally acknowledged that breakdowns in safety protocol were a concern.

"When you take away someone's liberty, you have to safeguard their well-being," he said.

The Aguilar case is the first death in New Bedford police custody since the infamous Morris Pina case in 1990. And though the Police Department laudably moved to investigate the way Aguilar was treated while he was in the hands of some city officers, it does not deserve equal praise for the poor job it did keeping the community informed of what was going on.

And it still isn't doing much informing.

Calls to Deputy Chief David Lizotte went unreturned (Chief David Provencher is on vacation).

In a city in which the city's Spanish-speaking immigrant population avoids the police as if they were the empire's storm troopers, the city's actions raise a whole range of questions.

And the city's failure to understand that the lack of information breeds suspicion, and legitimate questions about cover-ups, indicates that the circle-the-wagons attitude of the Morris Pina case has not completely died out. (To be fair, there is no evidence that Aguilar suffered the physical violence that Pina did.)

Case 1:12-cv-11822-RWZ Document 34-2 Filed 06/06/13 Page 2 of 3

A lot of this is probably about the city's fears of the cost of an expensive lawsuit. And while that is a legitimate concern, it is not as important as keeping the public informed with sufficient information to keep suspicion from brewing.

The lack of knowledge about the Aguilar case is breathtaking.

Aguilar, in fact, may not have been a Central American immigrant at all. He may have been Puerto Rican, or even some other nationality from Spanish entirely, though the latter seems doubtful given his surname.

The fact is that we don't know because the city has never pro-actively provided details about this case from Day 1. Its only statements have been reactive to press inquiries after people close to the case dropped dimes.

So The Standard-Times' questions about the dead man's identity were posed in the wake of a letter to the editor published Monday by the new director of the Organization Maya K'iche. The letter asked for a civil rights investigation of the July 22, 2010, incident by the U.S. Justice Department.

Gordon Duke said the fact that the department has brought several police officers up on violations of protocol means an independent investigation is merited.

"Were the violations the result of malice or were they innocent?" he asked. "There's only one way of knowing and that's an independent investigation."

Now, Duke is a blue-collar guy with a demanding way about him. And legitimate questions can be raised about the depth of his connections to the city's Mayan community.

But there's a difference between a flawed messenger and a flawed message.

Duke is raising questions that other people in the city are also worried about, and should be.

Duke was reportedly very difficult to deal with when he approached Ines Gonsalves-Drolet about Barney Frank backing his civil rights complaint.

Congressman Frank is as good a politician as he is a defender of civil liberties.

He said he wouldn't normally get involved because the case doesn't involve the executive branch. He also said he knows nothing about the case.

Frank did offer this.

"If someone has asked me to intervene with the Justice Department to stop it, no, I'm not going to stop it," he said.

Lang on Monday originally promised to identify the ethnicity, as well as the identity of the deceased. But later he said he could only provide the identity, saying police don't know his ethnicity.

"At no time did any issue of race come into this investigation," he said.

Lang praised the Police Department for beginning the investigation of the safety protocols from the day the incident happened.

And the department deserves to be praised for that.

But violations of protocols don't happen in a vacuum.

As Duke pointed out, sometimes police violate protocols because of innocent neglect and sometimes they violate them because of malice.

The fact is that we don't know why multiple police officers may have violated their protocols in this case because no one from the city ever provided the basic information to the community about the circumstances of the case. And the lack of identification of the deceased is troubling.

The department has used the usual excuse that the matter is "under investigation" to keep most of the facts of the case private.

Yes, the state police and District Attorney Sam Sutter are conducting their own inquiries into the case. But the state police work closely with the city police, and Sutter is a political ally of the mayor. It's hard to understand what the harm is of a Justice Department civil rights review of the case. The man's name was Erick Aguilar in a majority white community.

If the city has nothing to hide — as indeed may be the case — it will restore the confidence of the immigrant community that nothing was done wrong.

And much of the rest of the community, too.

Jack Spillane is a columnist for The Standard-Times and SouthCoastToday.com. He can be reached by email at jspillane@s-t.com or by phone at 508-979-4472.