# Family: Police chatted while man died

By BRIAN FRAGA
bfraga@s-t.com
September 07, 2011 12:00 AM

NEW BEDFORD — A group of police officers stood in a circle talking while a few feet away Erick Aguilar lay on the ground, his life slipping away, according to Aguilar's family.

"There was something wrong with this picture. I was thinking, 'Why aren't they paying him any attention?'" said William Aguilar, who saw the surveillance video of the July 22, 2010, incident during which his 42-year-old brother died in police custody.

The incident has resulted in the New Bedford Police Department seeking to discipline several police officers with suspensions, including one termination, according to multiple city government sources.

Officials have declined to release the officers' names or the exact reasons for their proposed disciplinary sanctions. Mayor Scott W. Lang will only say that they violated procedures for handling a prisoner in custody.

"Protocols are the issue here," Lang said. "We've gone ahead with disciplining the officers we think should be disciplined. All their matters are now pending the civil service and grievance process. They have all filed appeals for grievance hearings."

The New Bedford Police Department's Rules and Regulations Manual says officers "are responsible for the proper safeguard" of people in their custody, and that any abusive words or actions can subject officers to disciplinary actions.

New Bedford Police Chief David A. Provencher, who presented the mayor's office with his recommended sanctions, declined to comment.

"I'm not going to discuss personnel issues that are pending," Provencher said.

Meanwhile, Aguilar's family met with lawyers in Boston last week to discuss the possibility of filing a civil lawsuit. Relatives told The Standard-Times that the city has kept them in the dark about what happened last summer.

"We're a hard-working family. I never thought I would be in a position like this," said Rodrigo Aguilar, the victim's father.

Gordon Duke, executive director of Organizacion Maya K'iche, a local Guatemalan community resource center, has helped the Aguilar family connect with lawyers and Guatemalan government officials.

"I'm helping them get the relief they're entitled to," said Duke, who has called for a federal probe into the incident.

"I'd love to hear the full story of what happened," Duke said.

William Aguilar said a state police trooper, investigating the incident for the Bristol County District Attorney's

Office, showed him the video that was taken at the Mobil gas station at the corner of Ashley Boulevard and Nash Road.

The video, as Aguilar described it, matched the accounts provided by witnesses and police officials that Erick Aguilar, of New Bedford, ran into the convenience store around 4 a.m., seemingly under the influence of drugs and alcohol, panicking and screaming for help.

Once police arrived, Aguilar became combative and started yelling. A civilian helped the first responding officer handcuff Aguilar behind his back. Aguilar was left lying on his stomach in the parking lot.

William Aguilar said the responding officer reclined on his cruiser, seemingly waiting for someone. Within minutes, other police officers arrived and began talking with the first officer.

William Aguilar was not sure about the time frame, but said several minutes passed before one of the officers looked over to check on his brother. More minutes elapsed before the officers looked over again and noticed that Erick Aguilar had lost consciousness.

"It was like they were paying him no mind," William Aguilar said. "Don't let him lie on the ground. At least get him help right away."

A police officer uncuffed Erick Aguilar and began performing cardiopulmonary resuscitation, to no avail.

The death certificate lists the cause of death of as "probable cardiac arrhythmia due to acute intoxication due to combined effects of cocaine and ethanol in the setting of police restraint." It also lists "acute and chronic substance abuse" as a factor.

Aguilar's relatives said they did not know about any substance abuse, explaining that he moved to New Bedford about nine years ago and did not heed their pleas to return home to Brooklyn, N.Y., and work for the family's trucking business.

William Aguilar added that his brother was not gang-affiliated. Two months before his death, Erick Aguilar had a run-in with New Bedford police. While allegedly under the influence of drugs, he reportedly threatened to shoot the officers and said he was affiliated with the MS-13 street gang, according to police reports.

However, his family said Erick Aguilar was a die-hard New York Jets fan who loved his parents' siblings. They said he was also a hard-working handy man, adept at carpentry, landscaping and an assortment of odd jobs.

"Nobody can say he was a lazy guy," Rodrigo Aguilar said.