# Police won't be criminally charged in detainee's death

## Watch video of detainment

By BRIAN FRAGA
bfraga@s-t.com
January 18, 2012 12:00 AM

NEW BEDFORD — Several city police officers will not be criminally charged for how they responded to a man who died after overdosing in their custody, but an independent prosecutor criticized the officers for not providing immediate medical care.

For eight minutes, at least five officers stood around talking to each other as Erik Aguilar, 42, of New Bedford, lay handcuffed on the ground outside a near North End gas station in the early-morning hours of July 22, 2010. That's according to a surveillance video provided Tuesday by William M. Bennett, a Springfield attorney who investigated the case for the Bristol County District Attorney's Office.

Aguilar — who had alcohol and cocaine in his system — overdosed, but police officers, even while occasionally shining their flashlights on him, apparently did not notice he was in distress and did not call for an ambulance until nine minutes after he had stopped moving, Bennett's report said.

Another four minutes passed before an officer began performing cardiopulmonary resuscitation. The officer continued CPR until the ambulance arrived eight minutes later.

By that time, 23 minutes had passed since an officer first requested a prisoner transport van to bring Aguilar — who had been behaving erratically and resisted an officer's attempts to restrain him — to police headquarters for booking.

Unbeknownst to the officers, the van's driver had gone home sick. By the time the van was ready to be dispatched, the situation had changed. Aguilar was later pronounced dead after being taken to St. Luke's Hospital.

"The failure to detect that Aguilar needed immediate medical care and the miscommunication and time wasted waiting for a van that never arrived are troubling circumstances of this tragic loss of life," said Bennett, the former Hampden County district attorney who began his investigation in September.

However, the Chief Medical Examiner's Office determined that Aguilar, a Guatemalan immigrant, died from probable cardiac arrhythmia caused by "acute intoxication" from the combined effects of cocaine and ethanol.



The autopsy also showed the officers did not inflict any trauma or physical injury. "There is much that can be criticized about the police actions that night, and their failure to understand the condition Aguilar was in, but they did not cause his death, and that is the focus of the criminal investigation," Bennett said.

Aguilar's relatives released a statement Tuesday through Boston attorney Howard Friedman that they were "not surprised" with Bennett's conclusions.

"Police officers are almost never charged with crimes," said the Aguilar family.

"Erik needed immediate medical attention. Instead of providing care, the police officers left Erik handcuffed lying face down on the ground. They finally provided emergency medical care after it was too late to help."

The family said the police violated Aguilar's "civil rights" and is considering filing a civil lawsuit, said Friedman, who suggested the police "did lot of things wrong."

"The police are standing there and here is a guy who is dying and they're not paying attention to that. By the time they do, it's too late," Friedman said.

New Bedford Police Chief David Provencher, who has recommended disciplinary sanctions against the involved officers, said he was glad Bennett conducted a review that "lends to the transparency of the investigatory process."

"The actions of some officers in this case did not meet the level of professional, committed and dedicated service that we as a department hold ourselves to," said Provencher, who declined to reveal the ranks and names of the involved officers, or the potential punishments.

City government sources have told The Standard-Times that the recommended punishments range from suspensions without pay to termination for one officer. Provencher said disciplinary hearings will begin in the coming weeks.

Mayor Jon Mitchell said Bennett's report confirms the findings of the Police Department's internal investigation.

"New Bedford residents can take confidence in knowing that the New Bedford Police Department will demand that its officers hold themselves to the highest standards of professionalism and respect for our citizens now and in the future," Mitchell said.

Bennett's report only names Officer Paul Hodson, who responded to a 911 call of a disoriented man who entered the Mobil station convenience store, located at the corner of Nash Road and Ashley Boulevard, around 4:17 a.m., walked behind the counter and said someone was trying to kill him.

Aguilar resisted Hodson's attempts to restrain him. A civilian bystander helped the officer handcuff Aguilar, who continued to resist until he stopped moving two minutes later.

Hodson did not know Aguilar had consumed a significant quantity of narcotics and did not think he required immediate medical care. Hodson also did not notice Aguilar may have been overdosing despite his "physical proximity" to him, Bennett's report said.