Erik Aguilar case file: Full statements of mayor, police chief and Aguilar's family

Crime Watch: New Bedford, MA, Crime Blog

Search  
To search, type and hit enter

BUSINESSES | CLASSIFIEDS | CARS | JOBS | HOMES | COUPONS/PROMOS | BLOGS



# Erik Aguilar case file: Full statements of mayor, police chief and Aguilar's family

By BRIAN FRAGA | Published: JANUARY 18, 2012 | Leave a comment

The following complete statements are from New Bedford Mayor Jon Mitchell, Police Chief David Provencher and the family of Erik Aguilar on a report released Tuesday by Independent Prosecutor William Bennett that cleared several New Bedford police officers of any criminal charges stemming from Aguilar's death in July 22, 2010.Benenett criticized the officers for not providing immediate medical care to Aguilar, who overdosed with cocaine and ethanol in his system while he was in the police's custody.

1. Jon Mitchell

I want to thank the Special Prosecutor for his diligence in pursuing this investigation.  I believe an independent assessment of the facts always helps to assure residents that the City will take matters like this one seriously and is committed to an appropriate resolution.

The report confirms the findings of the Police Department's internal investigation.  We are now in the position to proceed to the next phase of the process which will involve hearings to review the appropriateness of the disciplinary action that has been recommended for some of the officers involved.

New Bedford residents can take confidence in knowing that the New Bedford Police Department will demand that its officers hold themselves to the highest standards of professionalism and respect for our citizens now and in the future.

2. Police Chief David Provencher

I also want to commend the Special Prosecutor for his efforts in reviewing the circumstances of this matter. I believe that the independent nature of his review lends to the transparency of the investigatory process and serves the community well in the effort to increase confidence that the facts are known and shared with the public.

The Special Prosecutor has confirmed the existence of the same issues that our internal investigation uncovered and seeks to address through the disciplinary process.   Disciplinary hearings will be scheduled in the near future and I believe that this will help us ensure that incidents like this one never reoccur.  The actions of some officers in this case did not meet the level of professional, committed and dedicated service that we as a department hold ourselves to.

3. Erik Aguilar's family

We are not surprised that Mr. Bennett did not recommend criminal prosecution of the police officers. Police officers are almost never charged with crimes. The video shows the officers disregarded police policies. The police were called to provide assistance. Eric needed immediate medical attention. Instead of providing care, the police officers left Eric handcuffed lying face down on the ground. They finally provided emergency medical care after it was too late to help. We believe the police officers violated Eric's civil rights.

---

### Blog Author

**Brian Fraga**

 Follow me on Twitter (@bfrags) and on Facebook (bfraga@s-t.com). I was born in New Bedford and attended public schools in New Bedford and Dartmouth. My parents immigrated to Massachusetts from the small island of Corvo in the Azores. I served in ... Read Full

More posts by the Author »

### Categories

Select Category

### Archives

Select Month

**Public Arrest Records**  
InstantCheckmate.com  
1) Enter a Name & Search for Free. 2) View Background Check Instantly.


**Become a Police Officer**  
CriminalJustice.BryantStratton.edu  
Start a Criminal Justice Career Now. All Classes Online - Get Info!


**Mass. Firearms License**  
MassFirearmsSchool.com  
Classes Start At $60 & Last 2-4 Hours. Guests May Attend For Free!


AdChoices

This entry was posted in *Uncategorized*. Bookmark the *permalink*. Post a comment

« New Bedford #55 in "Top 100 most dangerous cities in the USA"     "Dangerous" downtown intersections »

**Comments (0)**

[ Login ]

You must be logged in to comment

Type your comment here...

[ Follow Conversation ]   [ Post ]

Sort By: Most Recent ▼

No items at this time...

We reserve the right to remove any content at any time from this Community, including without limitation if it violates the Community Rules. We ask that you report content that you in good faith believe violates the above rules by clicking the Flag link next to the offending comment or fill out this form.

Copyright © 2013. Dow Jones Local Media Group, Inc. All Rights Reserved.

SouthCoastToday.com | FindItOnline.com | Terms of Use | Privacy Policy | Copyright | Advertise | Contact |