UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 12-CV-11822-RWZ

| | |
|---|---|
| WILLIAM AGUILAR, as administrator of the estate of Erik Aguilar,<br><br>    Plaintiff<br><br>v.<br><br>PAUL HODSON, ANTONIO ALMEIDA, DAMIEN VASCONCELOS, ROBERTO DACUNHA, KEITH ALMEIDA and JOHN MARTINS, in their individual capacities,<br><br>    Defendants | STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u> |

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate and agree that the above-captioned Complaint and all claims contained in same be dismissed with prejudice, without interest, costs, expenses or fees to any party, and waiving all rights of appeal.

PLAINTIFF

By his attorney,

 /s/   *Howard Friedman*
Howard Friedman (BBO# 180080)
Law Offices of Howard Friedman, P.C.
90 Canal Street, #500
Boston, MA  02114
(617) 742-4100
hfriedman@civil-rights-law.com

DEFENDANTS

By their attorneys,

 /s/   *Joseph L. Tehan, Jr.*
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007
jtehan@k-plaw.com
jcowin@k-plaw.com

2

CERTIFICATE OF SERVICE

    I, Joseph L. Tehan, Jr., hereby certify that I will serve a copy of the foregoing document, by first class mail, upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/  Joseph L. Tehan, Jr.

483422/METG/0983